UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

JONATHAN CASTILLO,

        Petitioner,        Case No. 1:12-cv-1386

v.

                                  Honorable Paul L. Maloney

WILLIE SMITH,

        Respondent.
_____/

## **JUDGMENT**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated:   March 1, 2013                           /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District Judge